# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| Miriam Lynn Ricker, ) | | |
| ) | Civil Action No. 0:15-cv-00312-JMC | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| Carolyn W. Colvin, Acting Commissioner ) | | |
| of Social Security, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

This matter is before the court for a review of United States Magistrate Judge Paige J. Gossett's Report and Recommendation ("Report") (ECF No. 12), filed on April 12, 2016, recommending that the decision of the Commissioner of Social Security (the "Commissioner") denying Plaintiff's claims for Disabled Widow's Benefits (DWB) and Supplemental Security Income (SSI) be reversed and remanded. The Report sets forth the relevant facts and legal standards which this court incorporates herein without a recitation.

The Magistrate Judge's Report is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge makes only a recommendation to this court, which has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objections are made.

The parties were advised of their right to file objections to the Report by April 29, 2016. (*See* ECF No. 12.) Plaintiff did not file any objections. The Commissioner filed a Notice of Not

1

Filing Objections to the Report and Recommendation of the Magistrate Judge on April 14, 2016. (ECF No. 13.)

In the absence of objections to the Magistrate Judge's Report, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (*quoting* Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985).

After a thorough review of the Report and the record in this case, the court finds the Report provides an accurate summary of the facts and law. The court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 28), **REVERSES** the final decision of the Commissioner denying Plaintiff's claim for Disabled Widow's Benefits and Supplemental Security Income pursuant to sentence four (4) of 42 U.S.C. § 405(g), and **REMANDS** the case to the Commissioner for further proceedings consistent with this decision.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

May 26, 2016
Columbia, South Carolina

2